**ANDERSON & KARRENBERG**
Thomas R. Karrenberg (#3726)
Jon V. Harper (#1378)
50 West Broadway, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697
Email: tkarrenberg@aklawfirm.com
Email: jharper@aklawfirm.com

**FEDERMAN & SHERWOOD**
William B. Federman, Esq.
Sara E. Collier
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com
sec@federmanlaw.com

**LAW OFFICES OF MARC HENZEL**
Marc S. Henzel
273 Montgomery Avenue
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Fax: (405) 660-8080
mhenzel@henzellaw.com

*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SANJAY ISRANI, derivative on behalf of Nominal Defendant Energy*Solutions*, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> R. STEVEN CREAMER, *et al.*, <br><br> Defendants. | **NOTICE AND MOTION OF VOLUNTARY DISMISSAL** <br><br> Case No. 2:10-cv-00849-TC <br><br> Judge Tena Campbell |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the above action.

Court approval is proper because Energy*Solutions'* shareholders are not prejudiced by this dismissal. Their rights are protected and preserved by the pending derivative action *Fish v.*

*Lindsay Goldberg & Bessemer, L.P., et al.*, No. 651708/2010, currently before the Supreme Court of the State of New York, New York County. The claims asserted in that action are based on facts that are substantively the same as those alleged in the instant action.

It is reasonable and proper that the parties to this action should bear their own attorneys' fees and costs incurred herein.

A proposed Order of Dismissal is attached as Exhibit A.

DATED: October 9, 2012

ANDERSON & KARRENBERG

*/s/ Jon V. Harper*
Thomas R. Karrenberg
Jon V. Harper

**FEDERMAN & SHERWOOD**
William B. Federman
William B. Federman, Esq.
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

**LAW OFFICES OF MARC HENZEL**
Marc S. Henzel
273 Montgomery Avenue
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Fax: (405) 660-8080
mhenzel@henzellaw.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notice electronically to:

Bruce D. Angiolillo
bangiolillo@stblaw.com

Paul Sirkis
psirkis@stblaw.com

Jonathan K. Youngwood
jyoungwood@stblaw.com

Robert S. Clark
rclark@parrbrown.com

Christopher B. Sullivan
csullivan@swlaw.com

Jared C. Fields
jfields@swlaw.com


*/s/ Jon V. Harper*